THE PEOPLE, on the relation of COLEMAN MAILER, *vs.* THE
ORANGE COMMON PLEAS.

The costs on appeal from a justice's judgment are limited to seven dollars besides disbursements, where the recovery does not exceed $25, and they are given to the *prevailing* party, whether defendant or plaintiff.

MOTION for a mandamus. Mailer obtained a judgment against one Fuller before a justice ; Fuller appealed, and on the trial in the common pleas recovered a judgment against Mailer for $6,75, and had his costs taxed at about $20, be-sides disbursements. On the taxation before the judge, Mai-ler insisted that Fuller was entitled to but $7 besides dis-bursements ; the judge decided otherwise, and on an appeal the common pleas confirmed the taxation. A motion was now made for a mandamus directing a re-taxation.

*By the Court*, SAVAGE, C. J. The costs on appeal are limited by statute to seven dollars, besides disbursements, where the recovery does not exceed $25, and then are given to *the prevailing party*, whether defendant or plaintiff. (1 *Wendell*, 290.) Let an alternative mandamus issue.

---

VAN RENSSELAER *vs.* DOUGLASS and BRISBIN.

hTe fact that the circuit judge of the district in which the county is situated where the venue is laid in a declaration, was, previous to his appointment, counsel in the cause, is sufficient cause to change the venue.

THE venue in this cause was changed from Saratoga to Rensselaer, on an affidavit that the circuit judge of the district in which Saratoga is situated, was, previous to his appointment, counsel for the plaintiff.